UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRICK B. PIERRE | CIVIL ACTION |
| VERSUS | NO. 18-11160 |
| LOCAL RULE POLICY MAKER FOR THE FIRST CIRCUIT COURT OF APPEAL | SECTION "I"(4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by the plaintiff, Derrick B. Pierre, is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana for further proceedings and determination of plaintiff's application to proceed *in forma pauperis* is deferred to United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 20th day of December, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE